# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

T.W., a minor, by Tracy M. Wilson, his
next friend, mother and natural
guardian,

                Plaintiff,

-vs-                                                  Case No. 6:07-cv-155-Orl-28GJK

THE SCHOOL BOARD OF SEMINOLE
COUNTY, FLORIDA, and KATHLEEN
MARY GARRETT,

                Defendants.
_____

## ORDER

This case is before the Court on the following motions: 1) Kathleen Garrett's Motion to Tax Costs and For Entitlement to Attorney's Fees (Doc. No. 163) filed May 11, 2009; 2) Defendant, School Board of Seminole County, Florida's Motion for Attorney's Fees and Costs (Doc. 168) filed May 22, 2009; 3) Defendant Seminole County School Board's Motion Requesting Bond for Costs and Attorney's Fees on Appeal (Doc. No. 173) filed June 5, 2009; and 4) Defendant Kathleen M. Garrett's Motion for Requesting Bond for Costs and Attorney's Fees on Appeal (Doc. No. 176) filed July 10, 2009. The United States Magistrate Judge has submitted a report recommending that the motions for fees and costs be denied without prejudice and the motions for Bond be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and

conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 19, 2009 (Doc. No. 179) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Kathleen Garrett's Motion to Tax Costs and For Entitlement to Attorney's Fees (Doc. No. 163) is **DENIED without prejudice.** Defendant Garrett may refile her motion and affidavits no later than fourteen (14) days after entry of a mandate by the Court of Appeals on Plaintiff's pending appeal.

3. Defendant School Board of Seminole County, Florida's Motion for Attorney's Fees and Costs (Doc. No. 168) is **DENIED without prejudice.** Defendant School Board of Seminole County may refile its motion and affidavits no later than fourteen (14) days after entry of a mandate by the Court of Appeals on Plaintiff's pending appeal.

4. Defendant Seminole County School Board's Motion Requesting Bond for Costs and Attorney's Fees on Appeal (Doc. No. 173) is **DENIED.**

5. Defendant Kathleen M. Garrett's Motion for Requesting Bond for Costs and Attorney's Fees on Appeal (Doc. No. 176) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 10th day of September, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party